## CLOWTER cont$^a$ PECK

Thomas Clowter or his lawfull Attourny plaint. cont$^a$ Iohn Peck Defend$^t$ for witholding the Summe of Four pounds money or thereabouts due to this plaint. for about four months wages for an Indians Service onboard s$^d$ Pecks Vessell in his last voyage to Newfoundland

as shall appear by writing under the hand of sd Peck with damages: . . . The Jury . . . found for the plaint. Forty Shillings in money damage for wages and costs of Court.